FILED

UNITED STATES COURT OF APPEALS

JUN 10 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al.,<br><br>        Defendants - Appellees. | No. 13-56203<br><br>D.C. No. 2:11-cv-09916-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: GOULD, MURGUIA, and WATFORD, Circuit Judges.

On May 1, 2014, the district court entered a final order dismissing the underlying action. Consequently, this preliminary injunction appeal is dismissed as moot. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (district court's entry of final judgment renders pending appeal from preliminary injunction moot).

Appellant's appeal from the district court's final judgment is proceeding in this court as appeal number 14-55873.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se